**RESNICK & LOUIS, PC**
GARY R. GUELKER (8474)
JACOB T. GUDENKAUF (18396)
222 South Main Street, 5th Floor
Salt Lake City, Utah 84101
Telephone: 801-679-4822
gguelker@rlattorneys.com
jgudenkauf@rlattorneys.com
*Attorneys for Defendants*

UNITED STATES DISTRICT COURT
DISTRICT OF UTAH, NORTHERN DIVISION

| | |
|---|---|
| JON D. NICHOL<br><br>Plaintiff,<br><br>vs.<br><br>48 STATES TRANSPORT, LLC, a Florida limited liability company, 48 STATES TRANSPORT, LLC, a Tennessee limited liability company; JEFFREY SAINT JULIEN, and JOHN DOES 1-10.<br><br>Defendants, | **STIPULATION FOR DISMISSAL WITH PREJUDICE**<br><br>Case Number 1:22-cv-00016-BSJ<br>Judge Bruce S. Jenkins |

Defendants 46 States Transport, LLC, and Jeffrey Saint Julien, and Plaintiff Jon D. Nichol, by and through undersigned counsel, hereby Stipulate to Dismiss this action in its entirety, with Prejudice, each party to bear their own attorneys' fees and costs.

DATED this 14 day of March 2023.

By: _____
Robert W. Hughes
Attorney at Law
438 East 200 South
Salt Lake City, UT 84111
*Attorney for Plaintiff*

DATED this 14th day of March 2023.

By: */s/ Gary R. Guelker*
Gary Guelker
Jacob T. Gudenkauf
Resnick & Louis P.C.
222 South Main Street, 5th Floor
Salt Lake City, Utah 84101
*Attorneys for Defendants*